950

No. 1451. WASCHER v. LUNDEEN ET AL. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 1452. FIRST NATIONAL BANK IN DALLAS, EXECUTOR, ET AL. v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 1453. MOBIL OIL CORP. v. HUGHES ET VIR. C. A. 5th Cir. Certiorari denied.

No. 1454. JOHNSON ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 1458. ABRAMSON v. LEVINSON. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 1459. RUEHLMANN, EXECUTOR v. COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 1460. HENAULT MINING CO. v. ZAIDLICZ, DIRECTOR OF BUREAU OF LAND MANAGEMENT OF MONTANA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 1462. DRYDEN ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 1477. GLEN ALDEN CORP. ET AL. v. KAHAN. C. A. 3d Cir. Certiorari denied.

No. 1480. KEEFE v. CITY OF CHICAGO. App. Ct. Ill., 1st Dist. Certiorari denied.